Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JONES, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:14-cv-04176-PA-MAN |
| v. | ) |
| | ) |
| DELBERT SERVICES CORPORATION, | ) **JOINT STIPULATION FOR** |
| | ) **DISMISSAL OF ACTION WITH** |
| | ) **PREJUDICE** |
| Defendant. | ) |
| | ) |
| | ) |

TO THE CLERK:

Plaintiff, SCOTT JONES (herein after "Plaintiff"), and Defendant, DELBERT SERVICES CORPORATION (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the action with prejudice, and in support of this Stipulation hereby say:

1. The Parties to the litigation have now entered into this Joint Stipulation.

2. Each party will bear its own attorney's fees and costs.

3.     Plaintiff and Defendant, by and through their respective counsel, agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court dismiss this action with prejudice.

| /S/ Jared M. Toffer | /S/ Amy L. Bennecoff |
|---|---|
| Jared M. Toffer, Esquire | Amy L. Bennecoff, Esquire |
| Delbert Services Corporation | Kimmel & Silverman, P.C. |
| 15615 Alton Parkway | 30 East Butler Pike |
| Suite 250 | Ambler, PA 19002 |
| Irvine, CA 92618 | Phone: (215) 540-8888 |
| Phone: (949) 759-3810 | Fax: (215) 540-8817 |
| Email: jtoffer@ftrlfirm.com | Email: abennecoff@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: September 19, 2014 | Date: September 19, 2014 |

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jared M. Toffer, counsel for Defendants, and that I have obtained Counsel's authorization to affix his electronic signature to this document.

Dated: September 19, 2014        Kimmel & Silverman, P.C.

/s/ Amy L. Bennecoff
Amy L. Bennecoff
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 23rd day of January, 2014:

Jared M. Toffer, Esquire
Delbert Services Corporation
15615 Alton Parkway
Suite 250
Irvine, CA 92618
Email: jtoffer@ftrlfirm.com

DATED:  September 19, 2014        /s/ Amy L. Bennecoff
Amy L. Bennecoff
Attorney for Plaintiff