JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>DELBERT SERVICES CORPORATION,<br><br>          Defendant. | Case No. **2:14-cv-04176-PA-MAN**<br><br>ORDER OF JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

## ORDER OF JOINT STIPULATION FOR DISMISSAL

Based upon the Joint Stipulation for Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice.

**IT IS HEREBY ORDERED:**

IT IS SO ORDERED:

Date: 9/25/2014

_____
Judge Percy Anderson
U.S. District Judge
United States District Court